ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2022 FEB -2  PM 3: 30

DEPUTY CLERK_____

| UNITED STATES OF AMERICA | NO. |
| --- | --- |
| v. | |
| HENRY DWIGHT WILLIAMS<br>a/k/a "Michael" | 3-22CR0054-N |

### INDICTMENT

The Grand Jury charges:

Count One
Possession of a Firearm by a Convicted Felon
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about January 13, 2022, in the Dallas Division of the Northern District of Texas, **Henry Dwight Williams (a/k/a "Michael")**, the defendant, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, a felony offense, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, to wit: a Taurus Model G2C pistol, bearing serial number TMT58628.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

A TRUE BILL:

_____
FOREPERSON

CHAD E. MEACHAM
UNITED STATES ATTORNEY

_____
JOSEPH A. MAGLIOLO
Assistant United States Attorney
Texas State Bar No. 24074634
1100 Commerce, Third Floor
Dallas, Texas 75242
Telephone: 214-659-8600
Email: joseph.magliolo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

HENRY DWIGHT WILLIAMS

INDICTMENT

18 U.S.C. §§ 922(g)(1) and 924(a)(2)
Possession of a Firearm by a Convicted Felon
(Count 1)

1 Count

A true bill rendered

_____
DALLAS                                                                FOREPERSON

Filed in open court this __2__ day of February, 2022.

**Defendant in Federal Custody since 1/26/2022**

_____
UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number:   3:22-MJ-69-BK